DANIEL V. STEENSON
[Idaho State Bar No. 4332]
DAVID P. CLAIBORNE
[Idaho State Bar No. 6579]
RINGERT LAW CHARTERED
455 South Third Street
P. O. Box 2773
Boise, Idaho 83701-2773
Telephone: (208) 342-4591
Facsimile: (208) 342-4657
E-mail: dvs@ringertlaw.com; dpc@ringertlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO (SOUTHERN DIVISION)

| | |
|---|---|
| **VILLAGE OF YELLOW PINE ASSOCIATION**; **IDAHO RECREATION COUNCIL**; **CHRIS** and **LOIS SCHWARZHOFF**; and **BIG CREEK LODGE AND OUTFITTERS**;<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES FOREST SERVICE**; **PAYETTE NATIONAL FOREST**; and **SUZANNE C. RAINVILLE**, forest supervisor;<br><br>Defendants. | Case No. CV-09-275-S-EJL<br><br>**JOINT STATUS REPORT AND STIPULATION FOR FILING OF AMENDED COMPLAINT** |

Pursuant to stipulations (Docket Nos. 11, 13, 15, 17, 19 and 22) which were approved and granted by the Court (Docket Nos. 12, 14, 16, 18, 20 and 23), Counsel have previously agreed to stay litigation proceedings and to present a joint status reports to the Court.

At this time, counsel jointly requests that the Court discontinue the stay in this case. Although the litigation was stayed to afford the parties time to engage in further analysis regarding the issues raised by this action and perhaps reach agreement or resolution of the concerns of Plaintiffs, those concerns have not been resolved and Plaintiffs would like to proceed with the pursuit of their claims raised in this action. However, given the further analysis conducted by Defendants in an effort to resolve the issues raised in this action, the parties agree and recognize that an amended complaint is necessary to ensure that the proper issues are placed before the Court for consideration. Plaintiffs and Defendants have agreed that the Plaintiffs ought to file an amended complaint, which should then be followed by the filing of a responsive pleading by the Defendants.

In light of the foregoing, the parties jointly **MOVE THE COURT** as follows:

1. that the Court discontinue the stay of proceedings in this litigation;
2. that the Court enter an Order permitting Plaintiffs leave to file an amended complaint no later than December 31, 2010; and
3. that the Court enter an Order requiring the Defendants to file a responsive pleading to the amended complaint no later than January 31, 2011.

**DATED** this 14th day of December, 2010.

RINGERT LAW CHARTERED

by: /s/
Daniel V. Steenson
David P. Claiborne

**DATED** this 14th day of December, 2010.

U.S. ATTORNEY'S OFFICE

by: ______________________
Deborah A. Ferguson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on this 14th day of December, 2010 by the following method:

**DEBORAH A. FERGUSON**
**U.S. ATTORNEY'S OFFICE**
Washington Group Plaza IV
800 Park Boulevard, Ste. 600
Boise, ID 83712-9903
Telephone: (208) 334-1211
Facsimile: n/a
E-Mail: deborah.ferguson@usdoj.gov
*Former Attorneys for Defendants*

[__] U.S. First Class Mail, Postage Prepaid
[__] U.S. Certified Mail, Postage Prepaid
[__] Federal Express
[__] Hand Delivery
[__] Facsimile
[ X ] Electronic Mail or CM/ECF

/s/
Daniel V. Steenson
David P. Claiborne