IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VALLEY COUNTY, IDAHO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants. | Lead Case No. 1:11-CV-233-BLW<br><br>**ORDER** |
| VILLAGE OF YELLOWPINE ASSOCIATION; IDAHO RECREATION COUNCIL; CHRIS and LOIS SCHWARZHOFF; BIG CREEK LODGE AND OUTFITTERS;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; PAYETTE NATIONAL FOREST; Suzanne C. Rainville, Forest Supervisor;<br><br>Defendants. | Member Case No. 1:09-CV-275-BLW |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that Stipulations (docket no. 61 in *Village of Yellow Pine v U.S., 1:09-CV-275-BLW* and docket no. 140 in *Valley County v U.S., 1:11-CV-233-BLW*) are hereby INCORPORATED FULLY HEREIN BY REFERENCE and APPROVED.

**Order - 1**

IT IS FURTHER ORDERED, that the Clerk shall close both cases: *Village of Yellow Pine v U.S., 1:09-CV-275-BLW* and *Valley County v U.S., 1:11-CV-233-BLW*.

DATED: **July 3, 2017**



B. LYNN WINMILL
Chief Judge
United States District Court